JS-6

Heather McMillan (SBN 188939)
heather@scmclaw.com
Daniel P. Stevens (SBN 164277)
STEVENS & McMILLAN
335 Centennial Way
Tustin, CA 92780
Tel.: (714) 730-1000
Fax: (714) 730-1067

Attorneys for Plaintiff
FABIAN HERRERA

HUNTON & WILLIAMS LLP
EMILY BURKHARDT VICENTE (SBN 263990)
Email: ebvicente@hunton.com
EMILY L. ALDRICH (SBN 271146)
Email: ealdrich@hunton.com
550 South Hope Street, Suite 2000
Los Angeles California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Attorneys for Defendant
LOWE'S HIW, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FABIAN HERRERA, | ) CASE NO.: CV13-4367 BRO JC |
| Plaintiff, | ) (LASC Case No.: BC501460) |
| v. | ) Action Filed: February 22, 2013 |
| LOWE'S HIW, INC. and DOES 1 through 50, inclusive, | ) **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| Defendants. | ) **STIPULATION TO DISMISS ACTION WITH PREJUDICE FILED CONCURRENTLY HEREWITH** |

**[ORDER**

Pursuant to the Stipulation entered into by and between Plaintiff FABIAN HERRERA and Defendant LOWE'S HIW, INC. through their respective counsel of record, and good cause appearing therefore,

1

1  IT IS HEREBY ORDERED that the matter of Fabian Herrera vs. Lowe's HIW,
2  Inc. filed in the United States District Court for the Central District of California,
3  bearing Case Number CV 13-4367 BRO (JC) is hereby dismissed with prejudice in
4  its entirety.

**IT IS SO ORDERED.**

Dated: February 10, 2014    _____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE